■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN VELEZ, Appellant. [879 NYS2d 341]—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Braslow, J.), rendered April 2, 2008, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Mastro, J.P., Fisher, Miller, Dickerson and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE WALLACE, Appellant. [879 NYS2d 341]—Appeal by the defendant from a resentence of the County Court, Orange County (DeRosa, J.), imposed November 1, 2007, after a hearing, pursuant to the Drug Law Reform Act of 2005 (L 2005, ch 643), the resentence being a determinate term of 12½ years' imprisonment followed by 5 years' postrelease supervision on his conviction of criminal sale of a controlled substance in the third degree (four counts), upon a jury verdict, to run concurrently with his sentence on the remaining counts.

Ordered that the resentence is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.